Megha Desai, OSB No. 141441
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: megha_desai@fd.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-mj-00274-1 |
| Plaintiff, | |
| v. | UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |
| KATHERINE MEAGAN VOGEL, | |
| Defendant. | |

Defendant Katherine Meagan Vogel through her attorney, Megha Desai, moves this Court to continue the arraignment in the above-entitled case, which is presently scheduled for December 15, 2025 to February 13, 2026. Counsel for the government, Assistant United States Attorney Lewis S. Burkhart, has been contacted and has no objection to the requested continuance.

This continuance constitutes excludable delay to February 13, 2026, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The ends of justice served by granting this motion outweigh the best interests of the public and Ms. Vogel in a speedy trial because the additional

Page 1    UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

time is necessary to afford defense counsel sufficient time to engage in negotiations with the government, consult with Ms. Vogel, and prepare her case. Ms. Vogel acknowledges her right to a speedy trial under the Speedy Trial Act, including her right to be indicted within 30 days of her first appearance, and agrees that this motion will result in excludable delay under the Act.

Ms. Vogel understands that she has been accused by way of complaint with one or more offenses punishable by imprisonment for more than one year.

Dates: December 9, 2025.

*/s/ Megha Desai*
Megha Desai
Attorney for Defendant