UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-__00042-SI__ |
| v. | INFORMATION |
| KATHERINE MEAGAN VOGEL, | 21 U.S.C. § 111(a)(1) |
| Defendant. | 41 C.F.R. § 102-74.385 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Assaulting a Federal Officer)
### (18 U.S.C. § 111(a)(1))

On or about September 30, 2025, in the District of Oregon, defendant **KATHERINE MEAGAN VOGEL**, did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of AV1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a class A misdemeanor.

### COUNT 2
### (Failing to Obey a Lawful Order)
### (41 C.F.R. § 102-74.385)

On or about July 29, 2025, in the District of Oregon, the defendant **KATHERINE MEAGAN VOGEL**, did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of

federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: February 24, 2026                                  Respectfully submitted,

                                                          SCOTT BRADFORD
                                                          United States Attorney

                                                          */s/ Lewis S. Burkhart*_____
                                                          LEWIS S. BURKHART, OSB #082781
                                                          Assistant United States Attorney