Megha Desai, OSB No. 141441
Assistant Federal Public Defender
Email: megha_desai@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MEAGAN VOGEL,<br><br>Defendant. | Case No. 3:26-CR-00042-SI-1<br><br><br>WAIVER OF ARRAIGNMENT<br>PURSUANT TO FED. R. CRIM. P. 10(b) |

Defendant Katherine Meagan Vogel, by and through her counsel of record, Megha Desai, hereby files this waiver of arraignment pursuant to Federal Rule of Criminal Procedure 10(b).

By her signature below, defense counsel certifies that defendant has reviewed the information with counsel filed in this case on February 24, 2026; that defendant knows and understands the accusations against her; and, that defendant is aware that she is entitled to be arraigned in open court. Defense counsel further certifies that defendant waives her right to be present in open court for arraignment, the right to a reading of the information and the stating of the substance of the charge in open court, and that defendant enters a plea of Not Guilty to both counts.

Prior to filing, defense counsel provided the Government a copy of this notice. Defense counsel certifies that the Government does not object to this waiver.

Defendant respectfully requests that the Court accept this waiver and schedule this matter for trial.

Dated: March 16, 2026.

Respectfully submitted,

*/s/Megha Desai*
Megha Desai, OSB #141441

(COURT USE ONLY)

IT IS ORDERED that defendant's Waiver of Arraignment pursuant to Fed. R. Crim. P. 10(b) is accepted and a Not Guilty plea is entered on behalf of defendant.

DATED this 16th day of   March,   2026

_____
UNITED STATES MAGISTRATE JUDGE