FILED 14 OCT '26 16:53 USDC-ORP

SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**LEWIS S. BURKHART, OSB #082781**
Assistant United States Attorney
Lewis.Burkhart@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**KATHERINE VOGEL,**

**Defendant.**

**3:26-cr-00042-SI**

**EXHIBITS 1 AND 2 TO GOVERNMENT'S SENTENCING MEMORANDUM**

Exhibits 1 and 2 to Government's Sentencing Memorandum.

Dated: October 14, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Lewis S. Burkhart*
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney


PNY
16GB
USB 3.0